Bill Ucherek II
SBN 00791834
Juneau, Boll, Stacy & Ucherek, PLLC
15301 Spectrum Dr., Suite 300
Addison, TX 75001
972/866-8333
972/866-8378 (facsimile)
Attorneys for Plaintiff, Delois Ann Johnson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 3-07-CV-1409-CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| DELOIS ANN JOHNSON,<br>Plaintiffs,<br>vs.<br>Pfizer, Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, DELOIS ANN JOHNSON, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 5-13, 2009       By: /s/ Bill Ucherek II

Bill Ucherek II
SBN 00791834
Juneau, Boll, Stacy & Ucherek, PLLC
15301 Spectrum Dr., Suite 300
Addison, TX 75001
972/866-8333
972/866-8378 (facsimile)
Attorneys for Plaintiff, Delois Ann Johnson

-1-

1

2  DATED: May 26, 2009      By: _/s/_____

3
                              DLA PIPER LLP (US)
4                             1251 Avenue of the Americas
                              New York, NY 10020
5                             Telephone: (212) 335-4500
                              Facsimile: (212) 335-4501
6                             *Defendants' Liaison Counsel*

7

8

9

10  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

11

12  Dated: May 29, 2009       _____
                              Hon. Charles R. Breyer
13                            United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer]*

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**